UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
BLUEBIRD REINSURANCE COMPANY LTD., :
:
Plaintiff, :
:  20-CV-4481 (JPC)
-v- :
:  ORDER
PARKWEST ADVISORS GROUP, LLC :
:
Defendant. :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Defendant has moved for the Court to stay this action for two months pending the appointment of an executor for the estate of Sean Dougherty. (Dkt. 38.) Plaintiff has opposed this motion. (Dkt. 41.)

Defendant's application for a stay is DENIED. Instead of a stay, all deadlines are extended by two months. Fact discovery shall be completed by May 18, 2021. The Court understands that there will not be expert discovery. (Dkt. 22.)

Within one week of the appointment of an executor, the parties shall submit a joint letter updating the Court on the status of this case.

The Clerk of Court is respectfully directed to terminate the motion pending at Docket Number 38.

SO ORDERED.

Dated: January 22, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge