```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
BLUEBIRD REINSURANCE COMPANY LTD.,                  :
                                                    :
                                                    :
                    Plaintiff,                      :
                                                    :      20-CV-4481 (JPC)
        -v-                                         :
                                                    :           ORDER
PARKWEST ADVISORS GROUP, LLC                        :
                                                    :
                    Defendant.                      :
                                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The conference scheduled for March 23, 2021 at 3:00 p.m. is adjourned *sine die*. The parties shall file a joint letter updating the Court on the status of this case by May 25, 2021.

The parties shall also still file the joint letter due one week after the appointment of an executor. *See* Dkt. 42.

SO ORDERED.

Dated: March 16, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge