UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
BLUEBIRD REINSURANCE COMPANY LTD., :
:
Plaintiff, :
: 20-CV-4481 (JPC)
-v- :
: ORDER
PARKWEST ADVISORS GROUP, LLC :
:
Defendant. :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Counsel for all parties shall appear before the undersigned on June 7, 2021 at 10:00 a.m. to discuss Defendant's counsel's motion to withdraw. *See* Dkt. 44. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

SO ORDERED.

Dated: June 2, 2021
New York, New York

JOHN P. CRONAN
United States District Judge