UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                                                                  :

BLUEBIRD REINSURANCE COMPANY LTD.,    :

                                    Plaintiff,                :
                                                                   :      20-CV-4481 (JPC)
                -v-                                    :
                                                                   :          ORDER

PARKWEST ADVISORS GROUP, LLC              :

                                  Defendant.               :
                                                                   :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Defendant has agreed to stipulate to default judgment.  *See* Dkt. 49.  By September 2, 2021, Plaintiff shall submit a proposed default judgment order.

       SO ORDERED.

Dated: August 20, 2021
       New York, New York

                                                        JOHN P. CRONAN
                                            United States District Judge