UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BLUEBIRD REINSURANCE COMPANY LTD.
A BERMUDA COMPANY,

                               **Plaintiff,**

-against-

PARKWEST ADVISORS GROUP, LLC,

                               **Defendant.**

Civil Action No.:
1:20-cv-04481-JMF
**REVISED
JUDGMENT**

---

      This action having been commenced on June 15, 2020 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, PARKWEST ADVISORS GROUP, LLC, on June 24, 2020 by delivering to and leaving a true copy of said documents at the drop box as per new CSC procedures due to the COVID-19 pandemic, and a proof of service having been filed on June 30, 2020 and the Defendant having submitted an Answer, and the parties having agreed to stipulate to default judgment as set forth in Dkt. 49 &50, allowing for the entry of a judgment in favor of Plaintiff, it is

      ORDERED, ADJUDGED, AND DECREED:  That the plaintiff have judgment against defendant in the liquidated amount of $500,000 with interest at 8% *per annum* from November 30, 2019 until paid in full, with interest to be calculated by the Clerk of the Court, and Plaintiff shall have execution therefor.

Dated: New York, New York
         September 29, 2021

                                        _____
                                        John P. Cronan, U.S.D.J.

~~This document was entered on the docket on _____.~~